Joseph D. Tripard, as Administrator, etc., Respondent, v. Ernest Groult (Substituted as Defendant), Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

William F. Van Wagner, Appellant, v. Charles A. Tilly, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the judgment in the former action, not being upon the merits, is not a bar to the maintenance of the present action, and that the Municipal Court has jurisdiction of the cause of action set forth in the complaint. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Arthur D. Wright, Appellant, v. Peerless Garage and Sales Company, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Louis Adler, Appellant, v. Margaretha Jung and George Jung, Respondents.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

Alfred P. Delcambre, Sr., Respondent, v. Marie H. Delcambre and Others, Defendants, and the City of Mount Vernon, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

Louis G. Engel, Respondent, v. Barbara Lauer and Others, Appellants. (Action No. 1.) — Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

Henri Grossman, Respondent, v. Pericles Xenakis and Others, Appellants.— Motion denied, with costs. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

Charles P. Hofmann and John M. Hofmann, as Executors, etc., of Barbara Nestel, Deceased, Respondents, v. Michael Nestel and Others, Appellants.— Motion denied on condition that the appellants pay ten dollars costs within ten days, perfect their appeal, place the case on the November calendar and be ready for argument when reached; otherwise motion granted, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of Phoebe A. D. Boyle and Another, Executors, etc. John H. B. Boyle, Individually and as Executor, etc., Appellant; Phoebe A. D. Boyle and Others, Respondents.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.